IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| RACHEL GILLAN a/ka/ RACHEL SZABO, | ) ) ) | |
| Plaintiff, | ) ) ) | NO. 2:06-0038 JUDGE HAYNES |
| JAMES O'CONNOR, Individually and in his official capacity as SHERIFF OF WHITE COUNTY, TENNESSEE; and JERRY RAY COLE, JR., individually and in his capacity as an employee of the White County Sheriff's Department, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 19) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 30th day of August, 2007.

William J. Haynes, Jr.
United States District Judge